IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     IT IS HEREBY ORDERED that the Defendants' Motion for Order Permitting Deposition of Plaintiff Oloyea D. Wallin, as a Person Confined in Prison, which was filed on October 21, 2005 (Docket No. 84), is granted, and the court authorizes the deposition of plaintiff Oloyea D. Wallin, which is set for November 8, 2005, at 9:00 a.m.

Date: October 21, 2005