IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     IT IS HEREBY ORDERED that the pro se plaintiff's letter to the court dated October 20, 2005, and filed October 25, 2005 (Docket No. 87), is stricken. If plaintiff seeks relief from the court, it must be in the form of a motion. Furthermore, there is no certificate attached to this letter indicating that a copy was sent to defense counsel.

Date: October 26, 2005