IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-215-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

HOYT BRILL, *et al.*,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Michael J. Watanabe, issued September 22, 2005, that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction be denied. Plaintiff failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the plaintiff's motion, his supporting brief, the defendants' responses, and the recommendation. I agree with the Magistrate Judge Watanabe's conclusion that Plaintiff has not "met his burden of establishing irreparable injury, let alone immediate irreparable injury." (Recommendation at 7-8) Thus, Plaintiff is neither entitled to a temporary restraining order, nor a preliminary injunction. *See* Fed. R. Civ. P. 65(b)(1); *Kikumura v. Hurley*, 242 F.3d 950, 955 (10th Cir. 2001).

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Watanabe, issued September 22, 2005 (Docket No. 74), is accepted.

2. Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, filed August 8, 2005 (Docket No. 56), is denied.

DATED at Denver, Colorado, on October 26, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge