FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 16 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

---

### ORDER DIRECTING SERVICE UPON DEFENDANT ANTHONY A. DECESARO

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

Plaintiff has identified defendant "John Doe I" as Anthony A. DeCesaro, 2862 S. Circle Dr., Suite 140, Colorado Springs, Colorado 80906, and by Minute Order filed on December 15, 2005, this court directed that "Anthony A. DeCesaro" be substituted for "John Doe I." Based upon this information it is hereby

ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant DeCesaro. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon defendant DeCesaro at the alleged address provided above. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant DeCesaro or his counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: December , 2005          s/Michael J. Watanabe
      Denver, Colorado          Michael J. Watanabe
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  04-cv-00215-WDM-MJW

Oloyea D. Wallin
Prisoner No. 111389
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Deann Marie Conroy
Colorado Attorney General's Office
deann.conroy@state.co.us

Nicole S. Gellar
Colorado Department of Law
nicole.gellar@state.co.us

Jennifer L. Veiga
Hall & Evans – Denver, CO
veigaj@hallevans.com

US Marshal Service
Service Clerk
Service forms for: Anthony Decesaro


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following to the U.S. Marshal for process of service on Anthony Decessaro: AMENDED COMPLAINT FILED 4/1/04, SUMMONS, AND CONSENT FORM on 12/16/05   .

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                  Deputy Clerk