IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion to Compel Defendants to Produce Expert Witnesses Reports, which was filed on February 16, 2006 (Docket No. 122), is denied.  Defendants identified eight expert witnesses in their disclosures, clearly indicating that they were treating physicians or nurses who were not specifically retained or employed for purposes of providing expert testimony.  In addition, defendants noted in their disclosures that such witnesses were expected to testify concerning their treatment of the plaintiff, the medical records concerning the plaintiff maintained by the CDOC and CCA, and their assessment of the nature, extent, and permanency of plaintiff's medical condition and other related issues.  Accordingly, no Rule 26(a)(2)(B) reports are required from these witnesses.  <u>Washington v. Arapahoe County Dep't of Social Servs.</u>, 197 F.R.D. 439, 442 (D. Colo. 2000).

Date: March 6, 2006