IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Motion for Protective Order, filed by defendants Brill, Neuenschwander, and Bair on December 27, 2005 (Docket No. 99), is granted as follows, and the plaintiff's Motion to Compel CCA Defendants to Produce Partial Discovery Requests Submitted by Plaintiff, which was filed on January 3, 2006 (Docket No. 102), is granted as follows.

Plaintiff is seeking to obtain the addresses of certain defendants (Hill, Wederski, Frank, and the CCA Executive Director) from other individual co-defendants (Brill, Neuenschwander, and Bair). Counsel for the latter three defendants does not represent the co-defendants for whom addresses are sought by the plaintiff. However, counsel has apparently been able to obtain what is believed to be current home address information for some of the defendants. Based upon this information, it is

ORDERED that counsel for defendants Brill, Neuenschwander, and Bair shall provide to the court any addresses that she may have for defendants Hill, Wederski, Frank, and the CCA Executive Director. **Such addresses shall be filed under seal and shall not be provided to the plaintiff absent further Order by the court.**

Date: March 6, 2006