IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion to Have Defendant Darcy Wederski Served by the U.S. Marshal, which was filed on February 3, 2006 (Docket No. 115), is granted. A separate order will issue directing such service.

Date: March 7, 2006