IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 9 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING SERVICE UPON DEFENDANT DARCY WEDERSKI

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

Plaintiff has provided the court with the following purported work address for defendant Darcy Wederski: Colorado Department of Corrections, 2862 South Circle Drive, Colorado Springs, CO 80902. Based upon this information it is hereby

ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Wederski. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon defendant Wederski at the alleged address provided above. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant Wederski or her counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date:            , 2006
       Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  04-cv-00215-WDM-MJW

Oloyea D. Wallin
Prisoner No. 111389
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Deann Marie Conroy
Colorado Attorney General's Office
deann.conroy@state.co.us

Nicole S. Gellar
Colorado Department of Law
nicole.gellar@state.co.us

Jennifer L. Veiga
Hall & Evans – Denver, CO
veigaj@hallevans.com

Darcy Wederski
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following to the Cathie Holst for process of service on Darcy Wederski: AMENDED COMPLAINT FILED 4/1/04, SUMMONS, AND CONSENT FORM on 3/9/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk