IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2006

GREGORY C. LANGHAM
CLERK

---

**ORDER DIRECTING THE U.S. MARSHAL TO ATTEMPT TO OBTAIN A WAIVER OF SERVICE FROM DEFENDANT SANDY HILL**

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

As directed by the court (see Docket No. 133), defense counsel has provided the court, under seal, with the last known address of defendant Sandy Hill. That address, however, is merely a mailbox number. Therefore, personal service cannot be made at that address. Based upon this information it is hereby

ORDERED that the United States Marshal shall attempt to obtain a waiver of service of the Amended Complaint and summons from defendant Hill pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant Hill's address shall remain under seal until further order of the court. Any and all papers which contain defendant Hill's address shall be filed under seal and not provided to the plaintiff. It is further

ORDERED that defendant Hill or defendant Hill's counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date:           , 2006
      Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF SERVICE

Civil Action No. 04-cv-00215-WDM-MJW

Oloyea D. Wallin
Prisoner No. 111389
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Deann Marie Conroy
Colorado Attorney General's Office
deann.conroy@state.co.us

Nicole S. Gellar
Colorado Department of Law
nicole.gellar@state.co.us

Jennifer L. Veiga
Hall & Evans – Denver, CO
veigaj@hallevans.com

US Marshal Service
Service Clerk
Service forms for: **Sandy Hill UNDER SEAL**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following to the U.S. Marshal Service for process of service on Sandy Hill **UNDER SEAL**: AMENDED COMPLAINT FILED 4/1/04, SUMMONS, AND CONSENT FORM on 3/28/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk