IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Combine Response to Summary Judgments of Defendants Hill and Vaughn adn [sic] to File by June 27, 2006, which was filed on June 16, 2006 (Docket No. 221), is granted in part and denied in part. The motion is denied with respect to plaintiff's request to file a combined response. Plaintiff shall file a separate response to each motion filed. Plaintiff's motion is granted to the extent that he shall have up to and including June 27, 2006, to file his responses to these two motions.

Date: June 16, 2006