IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Vacate Order on June 16, 2006 Regarding the Filing of Responses to Defendants Vaughn and Hill Motion for Summary Judgments, which was filed on June 29, 2006, is granted in part as follows. On or before July 5, 2006, the plaintiff shall file a separate response to Defendant Vaughn's Motion to Dismiss or Alternatively for Summary Judgment (Docket No. 216) and to Defendant Hill's Motion to Dismiss or Alternatively for Summary Judgment with Authorities (Docket No. 217), both of which were filed on June 12, 2006.

Date: June 30, 2006