IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Joint Motion to Vacate Final Pre-Trial Conference and Settlement Conference (docket no. 231) is GRANTED finding good cause shown. The Final Pretrial Conference and Settlement Conference set on July13, 2006, are VACATED.  The Final Pretrial Conference and Settlement Conference are RESET to August 10, 2006, at 10:00 a.m.  The parties shall submit their proposed Final Pretrial Order and updated confidential settlement statements to the court five (5) days prior to the Final Pretrial Conference and Settlement Conference.  The Pro Se Incarcerated Plaintiff shall telephone the court at the Final Pretrial Conference and Settlement Conference at 303-844-2403.

Date: July 3, 2006