IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Second Joint Motion to Vacate Final Pre-Trial Conference and Settlement Conference Set for July 13, 2006 (docket no. 244) is GRANTED finding good cause shown.  The Final Pretrial Conference and Settlement Conference set on August 10, 2006, at 10:00 a.m., are VACATED.

It is FURTHER ORDERED, that the court has reset the Final Pretrial Conference and Settlement Conference on October 24, 2006, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order and updated confidential settlement statements to the court five (5) business days prior to the Final Pretrial Conference and Settlement Conference.

It is FURTHER ORDERED that the Case Manager shall make the appropriate arrangements to allow the Pro Se Incarcerated Plaintiff to attend these conferences by telephone.  The Court's telephone number is 303-844-2403.  Defendants' counsel shall contact the plaintiff's correctional facility and case manager to ensure appropriate arrangements have been made in advance of the conference date to permit the plaintiff's telephonic appearance.

Date: August 2, 2006