IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Assistant Attorney General Deann Conroy's Motion to Withdraw as Counsel, which was filed on September 18, 2006 (Docket No. 260), is granted. Accordingly, Deann Conroy is withdrawn as counsel of record for defendants DeCesaro and Ortiz in this action.

It is further ORDERED that Defendant DeCesaro's Motion for Leave to File Dispositive Motions, which was filed on September 18, 2006 (Docket No. 257), is granted. Defendant DeCesaro's Motion for Summary Judgment (Docket No. 258) and Defendant DeCesaro's and Ortiz's Joinder in the KCCC Defendants' Motion for Summary Judgment (Docket No. 263) have been accepted for filing.

Date: September 19, 2006