IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant DeCesaro's Motion to Appear by Telephone, filed with the Court on October 19, 2006, DN 271, is DENIED. Defendant DeCesaro shall appear in person for the settlement conference on October 24, 2006, at 1:30 p.m.

Date: October 20, 2006