IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that Defendant Ortiz's Motion for Leave to Amend Motion for Summary Judgment, which was filed on October 20, 2006 (Docket No. 274), is granted, and defendant Ortiz shall thus be permitted to file an amended motion for summary judgment within ten days of the date of this Minute Order.  It is further

     ORDERED that the Plaintiff's Motion for Second Extension of Time to File Plaintiff's Response in Opposition to Defendant Decesaro's Motion for Summary Judgment, which was filed on November 3, 2006 (Docket No. 279), is granted.  Plaintiff shall have up to and including November 15, 2006, to file such response.  No additional requests to extend that deadline will be entertained or granted.

Date: November 6, 2006