IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to Substitute Defendant John Doe III and Motion to Instruct Service (Docket Nos. 248 and 292) is denied as untimely. Discovery in this case closed months before plaintiff filed this motion. Plaintiff could have readily discovered the identity of John Doe III, the Executive Director of Correctional Corporation of America, before the discovery deadline and well before the filing of his motion. See Scheduling Order (Docket No. 80).

It is further **ORDERED** that plaintiff's Motion to Inquire into Service of John Doe III (Docket No. 291) is denied as moot.

It is further **ORDERED** that plaintiff' Motion Seeking to Postpone a Ruling on the Motion for Summary Judgment on Defendant's Hill and Vaughn Until Plaintiff has Had An Opportunity to Conduct Discovery Pursuant to Fed. R. Civ. P. 56(f) (Docket No. 236) is denied. Discovery has been completed in this action.

It is further **ORDERED** that the plaintiff's Motion for Third and Final Extension of Time to File Plaintiff's Response in Opposition to Defendant Decesaro's Motion for Summary Judgment (Docket No. 290) is granted, and the plaintiff's response shall be filed on or before November 30, 2006. **NO ADDITIONAL EXTENSIONS WILL BE GRANTED.**

Date: November 15, 2006