IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

Plaintiff,

v.

MR HOYT BRILL, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion Seeking to Postpone a Ruling on the Motion for Summary Judgment on Defendant DeCesaro Until Plaintiff has had an Opportunity to Conduct Discovery Pursuant to Fed. R. Civ. P. 56(f) (docket no. 297) is DENIED.  The Pro Se Incarcerated Plaintiff has filed his response (docket no. 298) on December 8, 2006, to Defendant DeCesaro's Motion for Summary Judgment (docket no. 258).  This court finds no basis to postpone ruling on docket no. 258.

Date: December 7, 2006