IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

MR. BRILL, et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

    By order of Judge Walker D. Miller:

    Plaintiff's motion to file amended objection (doc. no. 315) is denied.

Dated: February 26, 2007

                                                        s/ Jane Trexler, Secretary/Deputy Clerk