IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

      Plaintiff,

v.

MR. BRILL, et al.,

      Defendant(s).

_____

**MINUTE ORDER**
_____

      By order of Judge Walker D. Miller:

      Plaintiff's motion for reconsideration (doc. no. 317) is denied.

Dated: March 9, 2007

                        s/ Jane Trexler, Secretary/Deputy Clerk