IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-00215-WDM-MJW

OLOYEA D. WALLIN,

     Plaintiff,

v.

HOYT BRILL, et al.,

     Defendants.

---

## ORDER ON MOTION FOR STAY

Miller, J.

     This matter is before me on the Motion to Stay Order on Costs and Motion for Excusable Neglect for Late Filing (doc no 332).  On March 13, 2007, I accepted the recommendation of Magistrate Judge Michael J. Watanabe and entered summary judgment against Plaintiff on his federal claim and dismissed without prejudice his state law claims (doc no 320).  Costs in the amount of $243.60 were awarded against Plaintiff (doc no 331).  Plaintiff now seeks to stay execution on those costs until the resolution of his pending appeal pursuant to Fed. R. Civ. P. 62.  I see no basis for granting the stay and, accordingly, Plaintiff's motion is denied.

     DATED at Denver, Colorado, on October 12, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge